# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134013

CITY OF GRAND RAPIDS,
          Respondent-Appellant,

v

GRAND RAPIDS EMPLOYEES
INDEPENDENT UNION,
          Charging Party-Appellee,

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134013
COA: 274188
MERC: 03-000053; 03-000054

On order of the Court, the application for leave to appeal the March 22, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for plenary consideration because the Court of Appeals erred in treating the respondent's appeal as an application for leave to appeal rather than as an appeal as a matter of right. MCL 423.216(e).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

p0830